IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTER ELLEN NELSON,  )
                                )    2:11-cv-00140-GEB-JFM
      Plaintiff,  )
                                )
  v.                  )    <u>ORDER</u>
                                )
JOSEPH PETTERLE,  )
                                )
     Defendant.  )
_____ )

On February 2, 2011, Plaintiff filed an "Ex Parte Application for Expedited Hearing Pursuant to the Convention on the Civil Aspects of International Child Abduction." (ECF No. 5.) However, Plaintiff has not specified precisely what she seeks to have accomplished at the requested expedited hearing.

Therefore, counsel shall communicate with each other concerning how this case should be fully scheduled, including a date by which discovery shall be completed, the last hearing date for law and motion, and the date on which trial shall commence. Counsels' agreement concerning the schedule shall be filed in a joint document due no later than 4:00 p.m. on February 11, 2011. If counsel cannot agree, each party shall file a separate proposed schedule by the above referenced date and time, and an explanation why agreement could not be reached. Further,

1

this case is scheduled for a status (pretrial scheduling) conference on February 14, 2011, commencing at 9:00 a.m.

Dated: February 3, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge