IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ESTER ELLEN NELSON,          )
                             )    2:11-cv-00140-GEB-JFM
          Petitioner,        )
                             )
     v.                      )    ORDER RE REDACTION OF DOCKET
                             )    NO. 15
JOSEPH PETTERLE,             )
                             )
          Respondent.        )
_____)
```

        The Clerk's Office shall redact the name, date of birth and social security number of minor child J.P. from page 8 of "Plaintiff's Response to Court Order" (ECF No. 15) under Local Rule 140(a) to protect the individual's privacy.

        IT IS SO ORDERED.

Dated: March 10, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge