IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTER ELLEN NELSON,  )
                                      ) 2:11-cv-00140-GEB-JFM
       Petitioner,  )
                                        )
    v.  ) <u>ORDER</u>
                                        )
JOSEPH PETTERLE,  )
                                        )
       Respondent.  )
_____ )

       Petitioner filed a "Notice that Identifying Information Apparently was Not Removed from Papers Removing the Case to Federal Court" on March 11, 2011, indicating "identifying information about [a minor] was not deleted" from "Defendant's papers removing this case from State Court to Federal Court." (ECF No. 17.)

       A review of Respondent's "Notice of Removal" reveals that multiple pages of Exhibit 1 thereto contain identifying information prohibited by Federal Rule of Civil Procedure ("Rule") 5.2(a) and Local Rule 140(a).

       Therefore, Respondent shall file a redacted copy of Exhibit 1 to his Notice of Removal, which conforms to Rule 5.2(a)(1)-(3) and Local Rule 140(a)(i),(iii) and (iv) no later than March 14, 2011.

1

Further, the Clerk of the Court shall file the original Exhibit 1 to the "Notice of Removal" under seal.

IT IS SO ORDERED.

Dated: March 11, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge