# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ESTER ELLEN NELSON,**

CASE NO: **2:11–CV–00140–GEB –JFM**

v.

**JOSEPH PETTERLE,**

__XX__ –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 3/18/11**

**Victoria C. Minor**
Clerk of Court

ENTERED: **March 21, 2011**

by: /s/ J. Donati
Deputy Clerk